**Electronically Filed
Supreme Court
SCWC-23-0000713
22-MAY-2026
07:47 AM
Dkt. 7 ODAC**

SCWC-23-0000713

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

TIFFANY S. IWAMOTO, Successor Co-Trustee of the Alfred Pogtis,
Jr. and Carmen C. Pogtis Joint Revocable Trust,
Petitioner/Plaintiff-Appellee,

vs.

WILLIAM MEDEIROS, JR.,
Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000713; CASE NO. 1DRC-23-0003016)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Nakamoto, assigned by reason of vacancy)

The application for writ of certiorari filed by
Petitioner/Plaintiff-Appellee Tiffany S. Iwamoto on April 13,
2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 22, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Henry T. Nakamoto

